that reason the order appealed from should be modified by striking therefrom the paragraph beginning with the words, " Ordered that paragraphs of the complaint marked," and ending with the words, " as irrelevant and unnecessary; and it is further ordered," and as so modified should be affirmed, without costs, with leave to plaintiff to serve an amended complaint within ten days from service of the order to be entered hereon, upon payment of ten dollars costs of motion at Special Term. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. Order modified as directed in opinion and as so modified affirmed, without costs, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of ten dollars costs of motion at Special Term.

---

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated Who May Desire to Join Herein, and Another, Respondents, v. TIMOTHY CHOMKOWITZ and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HELEN SHARKEY, Respondent, v. HENRY V. GAINES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EDWARD TOWNSEND and Others, as Executors, etc., and of EDWARD TOWNSEND and Another, as Surviving Executors, etc., of EDWARD H. PERKINS, JR., Deceased.— Decree so far as appealed from affirmed, with costs to all parties separately appearing and filing separate briefs payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

N. T. JACKSON, INC., Respondent, v. RAYON FIBRE PRODUCTS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SILVERMAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FERSHLEISER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FERSHLEISER, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD WESTCOATT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID SLOBODIEN, Respondent, v. HARRY GOLDMAN and Another, Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THEODORE FRIEDEBERG, Respondent, v. VAN DYKE SMELTING & REFINING WORKS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.